## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:19-CV-61069

Plaintiff:
**MARK W. LILLY AND SIMPLIFY BIZ, INC.**

vs.


PHR2019000467

Defendant:
**SANTANDER CONSUMER USA INC. D/B/A CHRYSLER CAPITAL**

For:
David F. Tamaroff, Esq.
Morgan & Morgan, P.A.
703 Waterford Way
Suite 1050
Miami, FL 33126

Received by Phipps Reporting on the 28th day of May, 2019 at 10:25 am to be served on **Santander Consumer USA Inc. d/b/a Chrysler Capital c/o CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324**.

I, Marty Wade, do hereby affirm that on the **28th day of May, 2019** at **2:45 pm, I:**

**REGISTERED AGENT:** Served the within named corporation by delivering a true copy of the Summons in a Civil Action; Complaint and Demand for Jury Trial; Exhibits; Order Requiring Counsel to Meet, File Joints Scheduling Report and Joint Discovery Report at the address of 1200 South Pine Island Road, Plantation, FL 33324 with the date and hour endorsed thereon by me, to **CT Corporation System** as Registered Agent, pursuant to F.S 48.091(2).

**Additional Information pertaining to this Service:**
Accepted by Donna Moch, Service Clerk

Under penalty of perjury I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a Sheriff's appointed process server in the county in which service was effected in accordance with Florida Statutes and that I have no interest in the above action.

**Marty Wade**
SPS 280

**Phipps Reporting**
**1551 Forum Place**
**Ste 200E**
**West Palm Beach, FL 33401**
**(888) 811-3408**

Our Job Serial Number: PHR-2019000467

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0g

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | ) | |
|---|---|---|
| MARK W. LILLY and SIMPLIFY BIZ, INC., | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 0:19-cv-61069 |
| SANTANDER CONSUMER USA INC. d/b/a CHRYSLER CAPITAL, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SANTANDER CONSUMER USA INC. d/b/a CHRYSLER CAPITAL
c/o C T Corporation System
1200 South Pine Island Road
Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David F. Tamaroff, Esq.
MORGAN & MORGAN, P.A. | Business Trial Group
703 Waterford Way, Suite 1050, Miami, Florida 33126-4678
Tel: (305) 929-1922 | Fax: (305) 929-1941
dtamaroff@forthepeople.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 29, 2019

Angela E. Noble
Clerk of Court

SUMMONS

s/ C.Davis
Deputy Clerk
U.S. District Courts