UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No. 0:19-cv-61069

**MARK W. LILLY and SIMPLIFY BIZ, INC.,**

 Plaintiffs,

vs.

**SANTANDER CONSUMER USA INC. d/b/a CHRYSLER CAPITAL,**

 Defendant.

## PLAINTIFF'S NOTICE OF STRIKING DOCUMENT

Plaintiffs Mark W. Lilly ("Lilly") and Simplify Biz, Inc. ("Simplify Biz") (collectively, the "Plaintiffs"), hereby provides notice that DE #6, should be struck and/or removed from the docket in this matter in that it was incorrectly filed.  In order to fix this error, on this same day, Plaintiff filed the corrected document titled Summons Returned Executed DE #7.

Dated: May 30, 2019.

  Respectfully submitted,

  **MORGAN & MORGAN, P.A.**
  **Business Trial Group**

  */s/ David Tamaroff*
  **David F. Tamaroff, Esq.**
  Florida Bar No. 92084
  dtamaroff@forthepeople.com
  703 Waterford Way, Suite 1050
  Miami, Florida 33126-4678
  Tel:  (305) 929-1922
  Fax:  (305) 929-1941

**Aiman Farooq, Esq.**
Florida Bar No. 106351
afarooq@forthepeople.com
600 N. Pine Island Road, Suite 400
Plantation, Florida 33324-1311
Tel:  (954) 318-0268
Fax:  (954) 327-3024
*Attorneys for Plaintiffs Mark W. Lilly and Simplify Biz, Inc.*