UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-61069-Civ-Dimitrouleas

MARK W. LILLY and SIMPLIFY BIZ, INC.,

    Plaintiffs,

vs.

SANTANDER CONSUMER USA INC. d/b/a CHRYSLER CAPITAL,

    Defendant.

## **PLAINTIFF SIMPLIFY BIZ, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Simplify Biz, Inc., pursuant to Fed. R. Civ. P. 7.1, hereby discloses that it does not have a parent corporation or publicly held corporation that owns more than 10% of its stock or interest.

Dated: June 20, 2019

    Respectfully submitted,

    **MORGAN & MORGAN, P.A.**
    **Business Trial Group**
    703 Waterford Way, Suite 1050
    Miami, Florida 33126-4678
    Tel:  (305) 929-1922
    Fax:  (305) 929-1941

    */s/ David Tamaroff*
    David F. Tamaroff, Esq.
    Florida Bar No. 92084
    dtamaroff@forthepeople.com
    Aiman Farooq, Esq.
    Florida Bar No. 106351
    afarooq@forthepeople.com
    *Attorneys for Simplify Biz, Inc.*