UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-61069-Civ-Dimitrouleas

MARK W. LILLY and SIMPLIFY BIZ, INC.,

    Plaintiffs,

vs.

SANTANDER CONSUMER USA INC. d/b/a CHRYSLER CAPITAL,

    Defendant.

## NOTICE OF STRIKING DOCKET ENTRY 12

Plaintiffs, MARK W. LILLY and SIMPLIFY BIZ, INC., by and through undersigned counsel, hereby strikes D.E. 12 from the record in the above-styled lawsuit.

Dated: June 20, 2019

    Respectfully submitted,

**MORGAN & MORGAN, P.A.**
**Business Trial Group**
703 Waterford Way, Suite 1050
Miami, Florida 33126-4678
Tel:  (305) 929-1922
Fax:  (305) 929-1941

*/s/ David Tamaroff*
David F. Tamaroff, Esq.
Florida Bar No. 92084
dtamaroff@forthepeople.com
Aiman Farooq, Esq.
Florida Bar No. 106351
afarooq@forthepeople.com
*Attorneys for Simplify Biz, Inc.*