UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61069-CIV-DIMITROULEAS

MARK W. LILLY, and
SIMPLIFY BIZ, INC.,

    Plaintiffs,

vs.

SANTANDER CONSUMER USA INC.,
d/b/a CHRYSLER CAPITAL and
ENTERPRISE FINANCIAL GROUP, INC.
d/b/a EFG COMPANIES,

    Defendants.
_____/

## ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss [DE 9], filed herein on June 18, 2019.  On July 19, 2019, Plaintiffs filed an Amended Complaint [DE 20], and therefore, Defendant's Motion [DE 9] is now moot.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion [DE 9] is hereby **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of July, 2019.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record