# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARK W. LILLY and SIMPLIFY BIZ, INC., <br><br> *Plaintiff(s)* <br> v. <br><br> SANTANDER CONSUMER USA INC., d/b/a CHRYSLER CAPITAL and ENTERPRISE FINANCIAL GROUP, INC. d/b/a EFG COMPANIES <br><br> *Defendant(s)* | Civil Action No. 0:19-61069-Civ-Dimitrouleas/Snow |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ENTERPRISE FINANCIAL GROUP, INC., d/b/a EFG COMPANIES
c/o NRAI Services, Inc., Registered Agent
1200 South Pine Island Road
Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David F. Tamaroff, Esq.
MORGAN & MORGAN, P.A. | Business Trial Group
703 Waterford Way, Suite 1050, Miami, Florida 33126-4678
Tel: (305) 929-1922 | Fax: (305) 929-4678
dtamaroff@forthepeople.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
*CLERK OF COURT*

Date: JUL 24 2019                                                   _____
                                                                                   *Signature of Clerk or Deputy Clerk*