UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61069-CIV-DIMITROULEAS

MARK W. LILLY, and
SIMPLIFY BIZ, INC.,

    Plaintiffs,

vs.

SANTANDER CONSUMER USA INC.,
d/b/a CHRYSLER CAPITAL and
ENTERPRISE FINANCIAL GROUP, INC.
d/b/a EFG COMPANIES,

    Defendants.
_____/

## ORDER ON MOTION TO FILE VIDEO

THIS CAUSE is before the Court upon Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital's Consented Motion for Leave to File Video [DE 32], filed herein on August 27, 2019.  The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion [DE 32] is **GRANTED.** Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital may conventionally file the video with the Clerk's Office. Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital should also deliver a copy of the video to Chambers.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of August, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record