**United States District Court**
**Southern District of Florida**

Case Number: __19-CIV-61069-WPD____

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _8/30/2019_____

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files  **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files  **(Not Scanned)**

_X_ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

\*\* All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: __8/30/2019___

Revised: 2/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61069-CIV-DIMITROULEAS

MARK W. LILLY, and
SIMPLIFY BIZ, INC.,

    Plaintiffs,

vs.

SANTANDER CONSUMER USA INC.,
d/b/a CHRYSLER CAPITAL and
ENTERPRISE FINANCIAL GROUP, INC.
d/b/a EFG COMPANIES,

    Defendants.
_____/

## ORDER ON MOTION TO FILE VIDEO

THIS CAUSE is before the Court upon Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital's Consented Motion for Leave to File Video [DE 32], filed herein on August 27, 2019. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion [DE 32] is **GRANTED.** Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital may conventionally file the video with the Clerk's Office. Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital should also deliver a copy of the video to Chambers.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of August, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

```
FILED BY_____D.C.

   AUG 30 2019

   ANGELA E. NOBLE
  CLERK U.S. DIST CT.
 S. D. OF FLA. - FT. LAUD.
```

```
FILED BY_____D.C.

   AUG 30 2019

   ANGELA E. NOBLE
  CLERK U.S. DIST. CT.
 S. D. OF FLA. - FT. LAUD.
```



