UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61069-CIV-DIMITROULEAS

MARK W. LILLY, and
SIMPLIFY BIZ, INC.,

    Plaintiffs,

vs.

SANTANDER CONSUMER USA INC.,
d/b/a CHRYSLER CAPITAL and
ENTERPRISE FINANCIAL GROUP, INC.
d/b/a EFG COMPANIES,

    Defendants.
_____/

## ORDER ON MOTION TO FILE VIDEOS

THIS CAUSE is before the Court upon Plaintiffs' Unopposed Motion for Leave to File Videos [DE 52], filed herein on March 4, 2020.  The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion [DE 52] is **GRANTED.** Plaintiffs may conventionally file complete copies of the *1995 Video*, *2007 Video*, and *2015 Video* with the Clerk's Office. Plaintiffs shall also deliver a copy of the video to Chambers on DVD or USB.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of March, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record