UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-61069-Dimitrouleas/Snow

MARK W. LILLY and SIMPLIFY BIZ, INC.,

    Plaintiffs,

v.

SANTANDER CONSUMER USA INC. d/b/a CHRYSLER CAPITAL and ENTERPRISE FINANCIAL GROUP, INC. d/b/a EFG COMPANIES,

    Defendant.

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY FOR PLAINTIFFS

David F. Tamaroff, Esq., Aiman Farooq, Esq., and Morgan & Morgan, P.A. (collectively, the "Firm"), pursuant to Local Rule 7.1(a)(1)(F) and 11(d)(3), respectfully request leave to withdraw as counsel for Plaintiffs Mark W. Lilly and Simplify Biz, Inc. (collectively, "Plaintiffs") in this action. In support thereof, the Firm states:

1. The Firm wishes to withdraw as counsel to Plaintiffs.

2. Plaintiffs consent to the Firm's withdrawal in this case.

3. Withdrawal by the Firm will not have a material adverse effect upon Plaintiffs' interests in this case, nor will it prejudice the Defendants in this matter.

4. Future correspondence and pleadings should be directed to Mark W. Lilly, individually and as corporate representative for Simplify Biz, Inc., at the following addresses:

    2081 W. Lymington Way
    St. Augustine, FL 32084
    Email: mlilly@simplifybiz.com

1

5. The Firm requests that Plaintiffs be granted a 45-day extension from the date of entry of an order on this Motion in which to respond to any matters in this litigation.

6. This Motion is filed in good-faith and not for the purpose of delay.

WHEREFORE, the Firm respectfully requests this Court to enter an order authorizing it to withdraw as counsel of record for Plaintiffs, ordering that the Firm shall have no further responsibility in connection with this case, ordering that future correspondence and/or pleadings in this action shall be forwarded to Mark W. Lilly, individually and as corporate representative for Simplify Biz, Inc., at the addresses listed above, and that Plaintiffs shall have a 45-day extension from the date of entry of an order on this Motion in which to respond to any matters in this litigation.

### CERTIFICATE OF LOCAL RULE 7.1(a)(3) CONFERENCE

I HEREBY CERTIFY, pursuant to Local Rule 7.1(a)(3), that Plaintiffs' counsel conferred with Defendants' counsels about the relief sought in this Response, but could not come to agreement on the matters set forth herein.

Dated: March 12, 2020

Respectfully submitted,

**MORGAN & MORGAN, P.A.**
**Business Trial Group**
703 Waterford Way, Suite 1050
Miami, Florida 33126-4678
Tel: (305) 929-1922
Fax: (305) 929-1941

*/s/ David Tamaroff*
David F. Tamaroff, Esq.
Florida Bar No. 92084
dtamaroff@forthepeople.com
Aiman Farooq, Esq.
Florida Bar No. 106351
afarooq@forthepeople.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that, on March 12, 2020, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all counsel or parties of record through that system.  I hereby further certify that, on March 12, 2020, a true and correct copy of the foregoing was served on Plaintiffs Mark W. Lilly and Simplify Biz, Inc. via email and First Class U.S. Mail.

                                                  */s/ David F. Tamaroff*
                                                  David F. Tamaroff, Esq.