UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61069-CIV-DIMITROULEAS

MARK W. LILLY, and
SIMPLIFY BIZ, INC.,

    Plaintiffs,

vs.

SANTANDER CONSUMER USA INC.,
d/b/a CHRYSLER CAPITAL and
ENTERPRISE FINANCIAL GROUP, INC.
d/b/a EFG COMPANIES,

    Defendants.
_____/

## **ORDER DEFERRING RULING ON MOTION TO WITHDRAW**

This CAUSE came before the Motion for Leave to Withdraw as Attorney for Plaintiffs [DE 55] (the "Motion"), filed on March 12, 2020. The Court has carefully considered the Motion [DE 55] and Defendant's Response and is otherwise fully advised in the premises.

The Court will defer ruling on the Motion until Plaintiffs have had an opportunity to file any objections to the Motion. A failure to timely file objections will result in the Court granting the Motion to Withdraw. The Court notes that if the Motion is granted, Plaintiff Simplify Biz, Inc. will be required to obtain new counsel to file an appearance in the record. It is a well-settled principle of law that a corporation cannot appear *pro se* and must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-1386 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution Company*, 748 F.2d 602, 609 (11th Cir. 1985), *cert. denied* 471 U.S. 1056 (1985).

Defendant, in response, seeks an extension of the deadline to file a respond to Plaintiffs' Second Amended Complaint. A request for affirmative relief is not appropriately made in an opposition brief; and therefore, the Court will not address Defendant's request. However, the Court notes, if the request had properly been made, the Court would have had a difficult time finding good cause to grant relief.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Court will defer ruling on the Motion [DE 29] until **March 27, 2020.**

2. Plaintiffs' Counsel must serve this Order upon Plaintiff and file a Notice of Compliance in the record.

3. The Clerk is **DIRECTED** to mail a copy of this Order to the address below.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of March, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished:
All counsel of record

Mark W. Lilly
2081 W. Lymington Way
St. Augustine, FL 32084